```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

ELLEN DELAINE,                    )
                                  )
        Plaintiff,                )
                                  )
     v.                           )
                                  ) Civil Action No. 05-1751(EGS)
UNITED STATES POSTAL SERVICE,     )
   et al.,                        )
                                  )
                                  )
        Defendants.               )
_____    )

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendants in this action.

                                        Respectfully submitted,

                                      KENNETH L. WAINSTEIN
                                      United States Attorney
                                      D.C. Bar #451058


                                      _____
                                      KAREN L. MELNIK D.C. BAR #436452
                                      Assistant United States Attorney
                                      U.S. Attorney's Office for the
                                      District of Columbia
                                      Civil Division
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-0338 (O)
                                      (202) 514-8780 (Fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Ms. Ellen DeLaine, 5608 14th Street, N.W. Washington, D.C. 20011, on December 21, 2005.

```
_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)
```