UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA


Ellen L. Delame,

                Civil Action No. 05 1751 (EGS)

    Plaintiff,


v.


United States / United States
Postal Service, et al.,


      Defendants.



Affidavit Of Service


    This is a copy of the envelope with the
certified mail receipt number which shows that
defendant, Sheryl E. Ellison, of 913 Decatur Street
N.W., Washington, D.C. was returned to sender for
the reason as being unclaimed.


                Ellen L. Delame
                Ellen Delame
                3302 Gallows Road
                Unit K
                Falls Church, VA. 22042
                703-645-3150 / 703-560-9671

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

                    Civil Action No.: 05 1758 (EGS)

        Plaintiff

V.

United States / United States
Postal Service, et al.,

        Defendants

        Affidavit of Service

    I Ellen L. Delaine hereby certify that on
the 10th of January, 2006 I mailed a copy
of the returned certified mail envelope with
attached green card that was mailed to Sheryl
E. Ellison, 913 Decatur Street N.W., Washington,
D.C. 20011. Attached is a copy of the returned
green card and a copy of the envelope used
for mailing which shows the certified mail recent
number.
                                    Ellen L. Delaine



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheryl L. Ellison
913 Decatur Street NW
Washington D.C. 20011

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7005 1160 0005 2542 1986

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

7005 1160

UNITED STATES
POSTAL SERVICE

U.S.
ALEX
NOV 2

$4.
0008:

0000