UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF Columbia

Ellen L. Delaine,

Plaintiff

Civil Action No.: 05 1751
(EGS)

v.

United States / united States
Postal Service, et al.,

Defendants

AFFIDAVIT OF SERVICE

I, Wanda Delaine, hereby certify that on the 9th of January, 2006 I mailed a copy of the summons and complaint, certified mail return receipt requested to United States Attorney for District of Columbia Civil Process Clerk — Attorney General Dept of Justice — Civil Process Clerk Room B-10. Attached hereto is the green card acknowledging service.

Wanda DeLaine

Wanda DeLaine
5604    14TH St — NW
Wash  D.C.  20011
202   291-1893

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. DeLaine,

Plaintiff,

Civil Action No.: 05 1751 (EGS)

V.

United States / United States
Postal Service, et al.,

Defendants.

Plaintiff's Notice To Court:

The green card of the certified mailing was
not returned. This is a copy of the Praecipe announc-
ing the entrance for the counsel for the Federal
Defendants which shows that they did receive the
Complaint and Summons that was mailed by certified
mail.

Ellen L. DeLaine
3302 Gallowshead
Unit K
Falls Church, VA 22042
703-645-3150 / 703-560-9671

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

    Plaintiff,

    Civil Action No. 05 1751
        (EGS)

V.

United States / United States
Postal Service, etal.,

    Defendants

Affidavit Of Service

I, Wanda Delaine, hereby certify that on the 9th
of January                    2006 I mailed a copy of the
Summons and complaint _____ return receipt
_____ Small/wood Mgr.,
_____ knowledging service.

_____ Delaine

_____

____ Delaine
____ 14th St. NW
____ D. C. Seatl
02-291-1893 ____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal Service
Dept. Of Human Resources
attn. Juanita Smallwood acting Mgr.
900 Brentwood Road N.E.
Washington, D.C. 20066

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
Venus D. Cooper-Tillery    P. 1.05

C. Signature
X Venus Cooper    ☐ Agent
             ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
  ☑ Certified Mail    ☐ Express Mail
  ☐ Registered    ☐ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 1160 0005 2542 1962

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

     Plaintiff

v.

    Civil Action No.: 05-1751
      (EGS)

United States / United States
Postal Service, et al.,

     Defendants

Affidavit Of Service

I, Wanda Delaine, hereby certify that on the 9th of
January          2006   I mailed a copy of the
summons and complaint, certified mail return receipt
_____ Process clerk.
_____ _____ service.

_____ Wanda DeLaine
_____ a DeLaine
_____ 14th St. NW
_____ sh   D.C. 20011
_____ 202-291-1893

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney for Dist.
att'n. Civil Process clerk.
555-4th Street N.W.
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _____   ☐ Agent
     ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
  If YES, enter delivery address below:   ☐ No

3. Service Type
  ☐ Certified Mail   ☐ Express Mail
  ☐ Registered   ☐ Return Receipt for Merchandise
  ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number

7005 1160 0005 2541 8917

PS Form 3811, July 1999       Domestic Return Receipt       102595-99-M-1789

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

        Plaintiff

                        Civil Action No.: 05 1751
                            (EGS)

V,

United States / United States
Postal Service, et al,

            Defendants.

AFFIDAVIT OF SERVICE

I, Wanda Delaine, hereby certify that on the ___9th___ of
January ___ 2006 ___ I mailed a copy of the summons
and complaint, certified mail return receipt requested to
_____ed hereto is the

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Franklin P. Delaine
4519 South Dakota Avenue N E
Washington, D.C. 20017

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X _Franklin P. Delaine_    ☐ Agent
                      ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
  ☐ Certified Mail    ☐ Express Mail
  ☐ Registered        ☐ Return Receipt for Merchandise
  ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2.   7005 1060 0005 2542 2013

_Wanda Delaine_

Wanda Delaine
14th St NW
... DC 20011
... 291-1893

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

Plaintiff

Civil action No.: 05 1751
(EGS)

V.

United States / United States
Postal Service, et al,

Defendants

Affidavit Of Service

I, ____ Delaine, hereby certify that on the 9th
of January ____ 2006 I mailed a copy of the ____ turn receipt ____ ging service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas H. Delaine
P.O. Box 1074
Randallstown, Md. 21132

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery  11/28/05

C. Signature
X Thomas H. Delaine
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7005 1160 0005 2542 2020

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

____ anda De Laine
____ anda Delaine
____ 14th St - NW
____ h DC 2001
____ 2 - 291 - 1893

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. DeLaine,

          Civil action No.: 05 1751

      Plaintiff

                              (EGS)

V.

United States, United
States Postal Service, et al.

           Defendants

          AFFIDAVIT OF SERVICE

    I, Delaine, hereby declare that on the 9th of January 2006 I mailed a copy of the summons and complaint, certified mail return receipt requested, to Mr. William S. Fralin. Attached hereto is the green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William S. Fralin
4525 Klingle street N.W.
Washington, D.C.
        20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
William Fralin | 25 Nov 05

C. Signature
X William Fralin    ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7005 1160 0005 2542 1979   9

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

*Wanda DeLaine*

Wanda DeLaine
4 14th St. NW.
DC 20011
202-291-1893

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. DeLaine,

        Plaintiff

                     Civil Action No.: 05 1751
                           (EGS)

V,

United States / United States
Postal Service, et al,

        Defendants.


AFFIDAVIT OF SERVICE

I, Wanda DeLaine, hereby certify that on the 9th of
January 2006 I mailed a copy of the summons
and complaint, certified mail return receipt requested, to
[attached hereto is the]

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tabitha Brayton, Office of the
secretary
1350 Pennsylvania Avenue N.W.
Room 419
Washington, DC 20004

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) | B. Date of Delivery
D C. Gort | 11-28 2005

C. Signature
X M. Smith
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7005 1160 0005 2542 1993

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

Wanda DeLaine

Wanda DeLaine
...04    1400 St. NW
...DC 2004
20 ...891 ...893