UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN L. DELAINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-1751 (EGS) |
| ) | |
| UNITED STATES POSTAL ) | |
| SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Pending before the Court is the United States Postal Service's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6).  Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice… should include an explanation that the failure to respond…may result in the district court granting the motion and dismissing the case."  *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).  Accordingly, it is

ORDERED that plaintiff shall respond to the United States Postal Service's motion to

2

dismiss by **March 6, 2006**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case against the movant or in its entirety.

.

                                                SIGNED: EMMET G. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE

DATE: February 1,  2006