UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ellen L. Delaine,
  Plaintiff,

         No.: 05-1751 (EGS)

V.

United States Postal Service,
et al.,
  Defendants.

Notice of Filing of Plaintiff

  On February 15, 2006 Plaintiff filed a Motion To Oppose The Federal Defendants Motion To Dismiss. Plaintiff later discovered that page #13 of her motion was missing when she filed her motion. Plaintiff corrected her error before sending the Federal Defendants their copy of the Plaintiff's motion.
  Attached to this Notice of Filing are two copies of the missing page #13, for filing with the District Court Clerks' Office.

RECEIVED
FEB 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*Ellen L. DeLaine*

Ellen L. DeLaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

Certificate of Service

I Hereby Certify that a copy of the foregoing Notice of Filing was mailed first class, postage prepaid on Tuesday February 21, 2006 to:

Karen L. Melnik
Assistant United States Attorney
555 - 4th Street N.W.
Washington, D.C. 20530

*Ellen L. DeLaine*
Ellen L. DeLaine

2

behavior from their employees. The cause of action for Ms. Iris Mitchell's outrageous and atrocious behavior was because she agreed to participate as a member in concerted actions in a civil conspiracy of invasion of rights of Plaintiff and she effectuated the purpose of the conspiracy by intentionally inflicting emotional distress, whereby her overt actions in furtherance of the conspiracy caused Plaintiff's injuries.

Plaintiff should be granted the benefit of all inferences that can be derived from the facts because those inferences are supported by the facts alleged in the complaint and in the USPS September 29, 2004 letter of apology, which stated therein that Ms. Gloria Thompson observed that Plaintiff was very upset and that it was understandable.

Plaintiff's suit against the United States for money damages is for injury, personal injury, caused by the intentional negligent or wrongful act or omission of an employee of the Government while acting within the scope of his office or employment, under circumstances where the United States if a Private person, would be liable to the claimant in accordance with the law of the place

13