UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN DELAINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1751(EGS) ) |
| UNITED STATES POSTAL SERVICE, et al., | ) ) ) |
| Defendants. | ) ) |

AMENDED CERTIFICATE OF SERVICE

I hereby certify that service of the Federal Defendants' Reply in Support of Motion to Dismiss, which were filed on February 23, 2006, and service of this Amended Certificate Of Service has been made by mailing[1] a copy thereof to:

Ellen DeLaine
5608 14th Street, N.W.
Washington, D.C. 20011

on this 10 day of March, 2006.

_____
KAREN L. MELNIK, DC Bar #436452
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 307-0338

---

[1] The document had earlier been mailed to plaintiff at 3302 Gallows Road, Unit K, Falls Church, VA, because plaintiff called the undersigned directly and gave the undersigned that new address. The document came back as "return to sender."