# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

        Plaintiff

v.

United States / United States
Postal Service, et al.,

        Defendants.

Civil Action No.: 05 1751
(EGS)

AFFIDAVIT OF SERVICE

I, Wanda Delaine, hereby certify that on the 9th of January 2006 I mailed a copy of the summons and complaint, certified mail return receipt requested, to [...] attached hereto is the [...]

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tabitha Brayton, Office of the Secretary
1350 Pennsylvania Avenue NW
Room 419
Washington, DC 20004

2. Article Number (Copy from service label)
7005 1160 0005 2542 1993

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): DC Govt    B. Date of Delivery: 11-28-2005

C. Signature: M. Smith    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

Wanda Delaine
Wanda Delaine
[...] 14th St NW
[...] DC 2004
2005 1160 [...] 1893