# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delame,
                                Civil Action No.: 05-1751 (EGS)
    Plaintiff,

v.

United States / United States
Postal Service, et al.,

                Defendants.

Affidavit of Service

This is a copy of the envelope with the certified mail receipt number which shows that defendant, Sheryl E. Ellison, of 913 Decatur Street N.W., Washington, D.C. was returned to sender for the reason as being unclaimed.

Ellen Delame
3300 Gallows Road
Unit K
Falls Church, VA. 22042
703-645-3150 / 703-560-9671

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

                         Civil Action No.: 05 1751 (EGS)

   Plaintiff,

V.

United States / United States
Postal Service, et al.,

        Defendants

## Affidavit of Service

I Ellen L. Delaine hereby certify that on the 10th of January, 2006 I mailed a copy of the returned certified mail envelope with attached green card that was mailed to Sheryl E. Ellison, 913 Decatur Street N.W., Washington, D.C. 20011. Attached is a copy of the returned green card and a copy of the envelope used for mailing which shows the certified mail receipt number.

                                              Ellen L. Delaine

