United States District Court
For The District Of Columbia

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lauren J. Birnbaum
Assistant Attorney General
441-4th Street N.W.
6th Floor South
Washington, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. Dunn
C. Date of Delivery: 2-28-06

Ction No.: 05 1751 EGS

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 2570 0001 8454 7843

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## AFFIDAVIT OF SERVICE

I, Ellen L. DeLaine, hereby declare that on the 24th of February, 2006, I mailed a copy of the summons and complaint, certified mail return receipt to Lauren J. Birnbaum, Counsel for defendant, Sheryl E. Ellison. Attached hereto is the green card acknowledging service.

RECEIVED
MAR 17 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ellen L. DeLaine
Ellen L. DeLaine
5608-14th Street N.W.
Washington D.C. 20011
202-829-1745