United States District Court For The District Of Columbia, Civil

Ellen L. Delaine,

       Plaintiff

v.

United States Postal Service, et al.,

       Defendants.

Civil Action No.: 05-1751 EGS

RECEIVED
MAR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice Of Filing

Plaintiff filed by mail an affidavit of service to this Courts Civil Processing Division stating that she certifies that on January 10, 2006, she mailed a copy of the returned certified mail envelope with attached green card that was mailed to defendant Sheryl E. Ellison at the address of 913 Decatur Street N.W., Washington, D.C. 20011, which shows the certified mail receipt number. Plaintiff should not have titled that Document as "Affidavit Of Service" but instead should have been titled, "Notice Of Filing". Plaintiff contacted Injuana Davis, the Courts Deputy Clerk by telephone to discuss the situation before she mailed the Affidavit Of Service to the Courts Civil Processing Division and explained to her that she was unable

to make service of the summons and complaint to defendant, Sheryl E. Ellison. Plaintiff later remailed by certified mail return receipt to Lauren J. Birnbaum, Assistant Attorney General, who was the counsel for the Defendant, District of Columbia and Sheryl E. Ellison, in the case of Ellen L. Delaine v. U.S. Attorney for the District of Columbia, et al, Civil action number 04cv00872 filed in the United States District Court for the District of Columbia. Plaintiff has received the green card return receipt signed with date of of Delivery of 02/28/06. Plaintiff was unable to serve defendant, Sheryl E. Ellison at her home address. Plaintiff has filed an affidavit of service reflecting this information. Plaintiff is also attaching with this notice of filing, a copy of the affidavit of service that she mailed to this Court stating that service was not made to defendant, Sheryl E. Ellison at her home address, along with a copy of that returned envelope which shows the certified mail receipt number.

Respectfully submitted,

Ellen L. Delaine

Ellen L. Delaine
5608-14th Street NW
Washington, DC 20011
202-829-1745

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

    Plaintiff,

v.

United States / United States
Postal Service, et al.,

    Defendants.

Civil Action No.: 05 1751 (EGS)

### Affidavit of Service

This is a copy of the envelope with the certified mail receipt number which shows that defendant, Sheryl E. Ellison, of 913 Decatur Street N·W, Washington, D.C., was returned to sender for the reason as being unclaimed.

*Ellen L. Delaine*
Ellen Delaine
3302 Gallows Road
Unit K
Falls Church, VA 22042
703-645-3150 / 703-560-9671

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

        Plaintiff

v.

Civil Action No.: 05 1751 (EGS)

United States / United States
Postal Service, et al.,

        Defendants

Affidavit of Service

I Ellen L. Delaine hereby certify that on the 10th of January, 2006 I mailed a copy of the returned certified mail envelope with attached green card that was mailed to Sheryl L. Ellison, 913 Decatur Street N.W., Washington, D.C. 20011. Attached is a copy of the returned green card and a copy of the envelope used for mailing which shows the certified mail receipt number.

                            Ellen L. Delaine

7005 1160 0005 2542 1986

U.S. POSTAGE
PAID
ALEXANDRIA, VA
22314
NOV 23, '05
AMOUNT
$4.88
00082800-13

UNITED STATES POSTAL SERVICE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery<br><br>C. Signature<br>X ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Sheryl E. Ellison<br>913 Decatur Street NW<br>Washington, D.C. 20011 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7005 1160 0005 2542 1986 | |
| PS Form 3811, July 1999 | Domestic Return Receipt  102595-99-M-1789 |