United States District Court
For District Of Columbia, Civil


Ellen L. Delaine,

                          Civil Action No.: 05CV1751(EGS)

         Plaintiff,

V.

                        **RECEIVED**

United States Of America, e tal,;      APR - 6 2006

                  NANCY MAYER WHITTINGTON, CLERK
                     U.S. DISTRICT COURT

         Defendants


Plaintiff's Opposition To District Of Columbia Defendants
Motion To Dismiss


      Defendants, District Of Columbia, stated in their
Motion to Dismiss that defendant, Sheryl Ellison is
an employee of the District of Columbia; therefore is
included as a party with defendants, District of Columbia.
Plaintiff hereby makes this Court to deny defendants,
District Of Columbia, Motion to dismiss, pursuant to
FRCP 4 and 12(b)(5) and (6).

      Plaintiff complied with the rules of this court
for proper service of complaint and summons on
defendants, District Of Columbia, and Plaintiff's
Complaint states claims upon which relief can be granted.

      A memorandum of Points and Authorities
in support to this Opposition is attached.

Respectfully submitted,

Ellen L. DeJaine

Ellen L. DeJaine
5608-14th Street N.W.
Washington, D.C. 20011

Certificate Of Service

I Hereby Certify that on April 6 2006,
a copy of the foregoing Plaintiff's Opposition To District
Of Columbia Defendants Motion To Dismiss, Memorandum
Of Supporting Points and Authorities was mailed first
class, postage prepaid to:

Dana K. Delorenzo
Assistant Attorney General
441-4th Street N.W., 6561
Washington, D.C. 20021

Ellen L. DeJaine
Ellen L. DeJaine

2

Memorandum Of Points and Authorities Supporting
Plaintiffs Opposition To Defendants Motion to Dismiss

Plaintiff complied with the F.R.C.P. 4 in effecting
proper service of the Complaint and summons on
defendants, District of Columbia. Defendants, District
of Columbia stated in their Motion to Dismiss that defendant,
Sheryl Ellison is an employee of the District of Columbia
and therefore is a party with defendants, District of
Columbia.

Plaintiffs Complaint state claims upon which
relief can be granted because it alleges a Civil
conspiracy involving the United States, the District of
Columbia, Sheryl Ellison, and other named defendants;
and plaintiffes wrongdoings by the District of Columbia
and its employees, including Ms Ellison.

<u>Background</u>

Plaintiff filed a Complaint in the United States District
Court for the District of Columbia on September 1, 2006,
and forwarded by certified mail the Complaint and
summons to defendant, Sheryl Ellison, at her home
address at 913 Decatur Street N.W., Washington DC,
20011 on November 23, 2005. On December 2, 2005
the certified mail with greencard return receipt
unsigned was returned to sender for the reason
stating unclaimed (see Plaintiffs Exhibit 1  ).
Plaintiff contacted by telephone the U.S. District Court
Clerks office and explained that she was unable to
effect service on defendant, Sheryl Ellison, and was
informed to show the proof of uneffected service.
Plaintiff then mailed an affidavit of service the
U.S. District Court Clerks office stating that she was

1

attaching a copy of the returned certified mail
envelope with unsigned green card return receipt
showing the certified mail receipt number that
was addressed to defendant, Cheryl Ellison, at
913 Decatur Street N.W., Washington, D.C. 20011,
and with the postal stamp stating that it was
returned to sender for the reason unclaimed.
Plaintiff also stated on the Affidavit of Service that
on January 10, 2006 she mailed the Affidavit of
Service to the U.S. District Court Civil Processing
Clerks Division.

Federal Rule of Civil Procedure 4(m) states
that if Plaintiff shows good cause for failure to effect
proper service of the summons and complaint, the
Court shall extend the time for service for an
appropriate period. On February 24, 2006 Plaintiff
forwarded by certified mail with return receipt
the summons and complaint addressed to the
Assistant Attorney General for D.C., to the attention
of Lauren J. Birnbaum, counsel for defendant,
Cheryl Ellison, and was received on February 28,
2006, by the signature of A. Dunner. Plaintiff
filed an affidavit of service with attached signed
green card return receipt on March 17, 2006
in the U.S. District Court Clerks Office. Plaintiff also
filed a "Notice of Filing" on March 17, 2006, stating
therein that the January 10, 2006 Affidavit of
Service should have been entitled "Notice of Filing"
Plaintiff was informed by the U.S. District Court Docket
Clerk to file the Notice of Filing to explain the
mentioned circumstances surrounding the filings (see
Plaintiff's Exhibit 1 ).

Plaintiff's filed Affidavit of Service for Tabitha
Braxton, Office of the Mayor, was signed by M. Smith          2

On 11-28-06, and the Affidavit of Service is not notarized because the F.R.C.P. does not state that the Affidavit of Service has to be notarized. Plaintiff properly addressed the certified mail to the authorized designee person for process of service for the Office of the Mayor. The person named M. Smith who signed the green card return receipt must be authorized to accept delivery for Tabitha Braxton of the Office of the Mayor. Plaintiffs used method of certified mail return receipt for process of service is accepted in this Court (See Plaintiff's Exhibit 3.)

 Plaintiff also mailed a summons and complaint by certified mail return receipt to Ms. Darlene Fields, authorized designee person for process of service for the Office of Attorney General for D.C., and was mailed on November 23, 2005 to the address of 441-4th Street N.W., Suite 600S., Washington, D.C. and the green card return receipt was not returned. Plaintiff is unable to explain why or if the mail was not delivered or why the green card or mail was not returned to sender. Plaintiff is currently investigating this matter. Plaintiffs name and address appeared on the certified mail envelope as the return address. Plaintiff stated in her complaint that the Postal Service was participating in concerted actions in a civil conspiracy of invasion of her rights. Plaintiff filed a lawsuit in 2004 alleging a civil conspiracy of invasion of rights in a Continuing Intentional Tort Doctrine for a Continuing Intentional Infliction of Emotional Distress naming the same defendants in her Complaint (see Plaintiff's Exhibit 4.) Plaintiff filed other related motions to her 2004 lawsuit whereby she alleged that she did not receive service of mail that was stated with in the certificates of service were mailed to Plaintiff that was sent by defendant's District of Columbia.

3

Plaintiff's Complaint alleges that she was continuously under surveillance by unauthorized use of wire and electronic devices for audio and oral communications, and alleged that Postal representatives were wrongly disclosing private facts about her regarding when she arrived or departed, what her transactions were while there, and that Postal representatives would make phone calls while Plaintiff was at their facilities and the contents of the conversations were heard by Plaintiff to know that she was being discussed.

Plaintiff's 2004 lawsuit alleged that District Defendant, Sheriff Ellison conspired with other named defendant conspirators and agencies within the United States who participated in concerted actions in invading Plaintiff's 1st Amts. Plaintiff also alleged therein that Washington Metropolitan Area Transit Authority also participated in concerted actions and invaded Plaintiff's privacy by disclosing private facts about when Plaintiff arrived or departed, which bus or metro rail Plaintiff traveled, what time, location, date, etc. Plaintiff also alleged that she was being used by conspirators and those agencies who participated in concerted actions, for commercial purposes without her consent (see Plaintiff's Exhibit ).

Plaintiff's Complaint is a related case to her 2004 lawsuit as it names the same defendants and has the same subject matter. Plaintiff's 2004 lawsuit alleges that defamatory and slanderous information regarding Plaintiff was wrongly disclosed and published. Plaintiff was continuously under government surveillance and was being observed while taking care of her personal hygiene, using the restroom to dispose of her bodily wastes, she was subjected to violent threats, attacks, and intimidation by persons and agency representatives

4

who would participated in concerted actions to slander and intimidate her in order to inflict emotional distress. Plaintiff also filed other motions and related cases to her 2004 lawsuit giving additional new evidence of facts and findings of names, dates, locations, times, and particular constitutional statutes and provisions of violations of continual offenses and injuries, that are still in the process of being committed.

Plaintiff's Complaint alleges that she was rudely spoken to and slandered intentionally by a Postal Service employee on September 1, 2004 at the location of the National Capital Location Post Office at 2 Massachusetts Avenue N.W. Washington, D.C. at approximately eleven-twenty p.m. Plaintiff also alleged that she received other rude treatment as a customer at other Postal Service locations in the Washington, D.C. area and in Wilmington, Delaware and Fayetteville, North Carolina. Plaintiff alleged that the cause of action for her offenses and injuries was that the Postal Service was participating in concerted actions in a civil conspiracy with defendants, District of Columbia including Sheryl E. Ellison, and other named defendants in a Continuing Intentional Tort Doctrine per a Continuing Intentional Infliction of Emotional Distress against her.

Plaintiff took all of the proper and necessary steps in compliance with the rules of this Court to effect proper service of the complaint and summons to the authorized designee persons for process of service per defendants, District of Columbia. Plaintiff's complaint alleges wrongdoings by District of Columbia employees and representatives who participated in concerted actions in this civil conspiracy of invasion of her rights. Plaintiff stated that this complaint is

5

a related case to her 2004 lawsuit that alleged District of Columbia defendant, Sheriff Ellison, conspired with other named defendants in this case in invading her rights.

For all of the above mentioned reasons, Plaintiff's Motion to Oppose Defendants District of Columbia Motion To Dismiss should be granted because Plaintiff did effect proper service on them and Plaintiff's complaint does state claims upon which relief can be granted.

Respectfully submitted,

*Ellen L. Delaine*

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

6

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delaine,

                        Civil Action No.: 05-1751 (EGS)

      Plaintiff,

v.

United States / United States
Postal Service, et al.,

          Defendants.

Affidavit of Service

    This is a copy of the envelope with the
certified mail receipt number which shows that
defendant, Sheryl E. Ellson, of 913 Decatur Street
N.W., Washington, D.C. was returned to sender for
the reason as being unclaimed.

                         Ellen L. Delaine
                         Ellen Delaine
                         3302 Gallows Road
                         Unit K
                         Falls Church, VA. 22042

(Plaintiff's Exhibit 1)        703-645-3150 / 703-560-9871

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. Delame,

                    Civil Action No.: 05 1751 (EGS)

     Plaintiff

V.

United States / United States
Postal Service, etal.,

         Defendants

      Affidavit of Service

    I Ellen L. Delame hereby certify that on the 10th of January, 2006 I mailed a copy of the returned certified mail envelope with attached green card that was mailed to Sheryl E. Ellison, 913 Decatur Street N.W., Washington, D.C. 20011. Attached is a copy of the returned green card and a copy of the envelope used for mailing which shows the certified mail receipt number.

                        Ellen L. Delame



7005 1160 0005 2542 1986

U.S. POSTAGE
PAID
ALEXANDRIA, VA
NOV 23, 05
AMOUNT
$4.88
00082800-13

UNITED STATES
POSTAL SERVICE

0000

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheryl E. Ellison
913 Decatur Street NW
Washington, D.C. 20011

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7005 1160 0005 2542 1986

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

United States District Court
For The District Of Columbia

Ellen L. Delaine,

      Plaintiff

V.

United States Postal Service, et al.,

      Defendant

RECEIVED

MAR 17 2006

NANCY MAYE___
U.S. DIST___ ___ __ERK

Civil Action No.: 05 1751 EGS

## AFFIDAVIT OF SERVICE

I, Ellen L. Delaine, hereby declare that on the __24th__ of February, 2006, I mailed a copy of the summons and complaint, certified mail return receipt to Lauren J. Birnbaum, counsel for defendant, Sheryl E. Ellison. Attached hereto is the green card acknowledging service.

Ellen L. DeLaine
Ellen L. Delaine
5608-14th Street N.W.
Washington D.C. 20011
202-829-1745

Plaintiff's Exhibit 9

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lauren J, Birnbaum
Assistant Attorney General
441- 4th Street N, W,
6th Floor South
Washington, P.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Dunn                          2-28-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7005 2570 0001 8454 7843

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

United States District Court For The District
Of Columbia, Civil

Ellen L. Delaine,
                                    Civil Action No: 05-1751 EGS
          Plaintiff

V.

United States Postal Service, et al.,

                    Defendants.

RECEIVED
MAR 17 2006
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

          Notice Of Filing

          Plaintiff filed by mail an affidavit of service
to this Court's Civil Processing Division stating that
she certifies that on January 10, 2006, she mailed
a copy of the returned certified mail envelope
with attached green card that was mailed to
defendant Sheryl E Ellison at the address of
913 Decatur Street N.W., Washington, D.C. 20011,
which shows the certified mail receipt number.
Plaintiff should not have titled that Document
as "Affidavit Of Service," but instead should have
been titled, "Notice Of Filing." Plaintiff contacted
Tijuana Davis, the Court's Deputy Clerk by telephone
to discuss the situation before she mailed the
Affidavit Of Service to the Court's Civil Processing
Division and explained to her that she was unable

to make service of the summons and complaint to defendant, Sheryl E. Ellison. Plaintiff later re-mailed by certified mail return receipt to Lauren J. Birnbaum, Assistant Attorney General who was the counsel for the Defendant, District of Columbia and Sheryl E. Ellison, in the Case of Ellen L. Delaine v. U.S. Attorney for the District of Columbia, et al, Civil action Number 04cv00872 filed in the United States District Court for the District of Columbia. Plaintiff has received the green card return receipt signed with date of of Delivery of 02/28/06. Plaintiff was unable to serve defendant, Sheryl E. Ellison at her home address. Plaintiff has filed an affidavit of Service reflecting this information. Plaintiff is also attaching with this notice of Filing, a copy of the Affidavit of Service that she mailed to the Court stating that service was not made to defendant, Sheryl E. Ellison, at her home address, along with a copy of that returned envelope which shows the certified mail receipt number.

Respectfully submitted,

Ellen L. Delaine

Ellen L. Delaine
5608-14th Street N.W.
Washington, D.C. 20011
202-829-1745

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Ellen L. DeLaine,

                                          Civil Action No.: 05 1751
                Plaintiff                        (EGS)

v.

United States / United States
Postal Service, etal.,

                Defendants.


AFFIDAVIT OF SERVICE


I, Wanda DeLaine, hereby certify that on the 9th of January 2006 I mailed a copy of the summons and complaint, certified mail return receipt requested, to Tabitha Broxton, Office of the Mayor____. Attached hereto is the green card acknowledging service.


                                    Wanda DeLaine

                                    Wanda DeLaine
                                    5604 14th St. NW
                                    DC. 20011
                                    202 991-1892

(Plaintiff's Exhibit 3 )

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Tabitha Braxton, Office of the
Secretary
1350 Pennsylvania Avenue N.W.
Room 419
Washington, D.C. 20004

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (Please Print Clearly) | B. Date of Delivery
D. Braxton                            | 11-28-2005

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7005 1160 0005 2542 1993

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Ellen L. Delaine
St. 08-14th St. N.W.
Washington, DC 20011
202-829-1745

RECEIVED
CIVIL CLERK'S OFFICE
APR 0 6 2004
Plaintiff SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

vs.

CIVIL ACTION No. 04-0000377

District of Columbia
Mayor Anthony Williams
Sundel 16 lady Herring
350 Pennsylvania five NW
Wash. DC. 20004

ed: Office of Corporation Counsel
Janice Stokes
441-4th St. NW 6th Floor
Wash. DC. 2001

id Sheryl L. Ellison
913 Decatur St. N.W
Wash. DC 2001

WiLLiAM S. Fralin
4525 Klingle St. N.W.
Wash. DC.

and Thomas H. Delaine
P.O. Box 1074
Randallstown Md. 21132

**Defendants**

Amended COMPLAINT
United States Assistant Attorney
Serve: Roscoe Howard
555-4th St. N.W.
Washington DC. 20020

U.S. Attorney for D.C.
Serve: Roscoe Howard
555-4th St. N.W
Washington, DC 20020

Attorney General of U.S.
Dept of Justice Room B-K
950 Pennsylvania Ave. N.W.
Wash. DC 20530-0001

Franklin P Delaine
4579 South Dakota Ave. N.E.
Washington, DC

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.
From 1999 to 2003 my constitutional, civil, human and individual rights were violated, invasion of my privacy, I was being spied on and was continuously terrorized and under government surveillance while some acts of biological warfare were conducted on me and I was stalked by the government throughout the Washington DC metropolitan area and in any and every state within the United States. medical reports along with defamatory and slanderous statements were wrongfully disclosed and published to the media and throughout government and private agencies to be used against me personally in these agencies that I visited or had some contact with. This government pursued project of crimes against humanity and violation of constitutional rights against me personally was their conspiracy to get me down to get me to break and loose my mind and to get me under control to the ultimate point which was to get me to commit suicide because to them this was a game that they decided to play for having me as practice and using me as a guinea pig and endangering my life created jobs and money for government, private and corporate industries. This scheme was designed by the government

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 500,000,000.00 with interest and costs.

Phone: 202-829-1745

DISTRICT OF COLUMBIA, SS

Ellen L. Delaine _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_Ellen L. Delaine_
(Plaintiff — Agent)

Subscribed and sworn to before me this ___4th___ day of ___Apr.___ 2004.

_____
(Notary Public/Deputy Clerk)

FORM CV(6)-1013/May 88
A-3208 wd-290

Plaintiffs Exhibit 4

to make a statement to the world that they could use me as an example to show them that I am "property" of the United States which they own and that they have the right to control me by violating any and all of my constitutional, civil, human and individual rights regardless to the fact that this governments laws and constitutions prohibits such violations. This government decided to control the "weather", the term that was slanderously used throughout the media to inject into the minds of the public regarding me and all and everything centeral around this scandalous scam against me which has been in full bloom motion since 1999 and is presently ongoing. The reason for the lengthy duration of this criminal government project was to allow Sheryl Ellison, the government agent in charge of this project, to not be rushed and allowed to take all the time she wanted to play and learn and to stay in practice of fraternity and sorority hazings and pledging activities or whatever games that she and William S. Fralin decided to play in gambling with my life. Regardless to how illegal these tactics they agreed to use to violate my civil, individual, human and constitutional rights, this government funded project of crimes against humanity on me was allowed to continue in order for them to exert all their powers necessary to getting the "weather" under control. Other co conspirators were Thomas H. Delaine and Franklin B. Delaine along with the assistance of the U.S. Government and its agencies and private and corporate sectre organizations. The conspiracy plan to control me by "getting me down" utilized the tactics of attacking my educational history, types of grades I made in

-2-

school, type of degree held, if any, exposing my medical records entirely, my financial records, social, public and private life, and along with their libels and slanders and defamatory statements, to project me by unreasonably placing me in a false light before the public and exposing me to public scorn, hatred and danger through publication continuously placed my life in danger with organizations who networked with them in this conspiracy and by those whomever these defamatory information was infiltrated to. This was the team who conspired together on the acts and actions of defamation and invasion of my privacy. Never had I given any consent to nor made any agreement with, nor had I any knowledge of their plans for using me to destroy my life for their means for financial profits. These physical and psychological acts of terrorism against me were designed to place me under constant fear in order for them to gain control of me and control over the protection of my life from danger, which I had none, that they placed me into. Metro Transit, Greyhound Bus Lines, Safeway and Giant Food Stores, Government and Private Corporate organizations networked with them on spying on me and keeping me under surveillance while in their facilities and I was slandered by representatives in these organizations by their publicly making defamatory statements about me while I was in their facilities. My privacy was constantly invaded as I was being observed while taking care of my personal hygeine, being observed while disposing

- 3 -

of my bodily wastes, being spied on when sleeping, dressing, walking, privately mourning over a family members death, and this information was published and became an amusing subject for their conversations. I also encountered violent physical attacks and threads from police, police security persons who made slanderous remarks to me, from persons who were set up to approach me to harrass me who made themselves apparent to me that they knew exactly where I was and that they were a team member who was paid to do their part in the conspiracy of "getting me down" These verbal and physical attacks along with the emotional trauma I suffered from these terrorists attacks against me affected my state of health well being to the extent that has left me disabled.

I am seeking relief for compensatory damages for medical bills, general damages for pain and suffering endured as a result of physical injuries, the discomforts and emotional injuries suffered from discriminatory conduct and damage done to personal reputation and business reputation because of libels and slander.

I am seeking relief for punitive damages because the defendants engaged in intentional and highly reckless misconduct and activity dangerous to public, plaintiff, fraud and invasion of privacy. The defendants engaged in a long pattern of conduct which violated laws that prohibit this type of discrimination. Defendants conspired to defame plaintiff to inflict emotional distress.

-4-

I demand relief in the amount of $10,000,000.00 from Thomas H. Delaine for conspiracy, compensatory damages and punitive damages.

I demand relief in the amount of $10,000,000.00 from Franklin P. Delaine for conspiracy, compensatory and punitive damages

I demand relief in the amount of $80,000,000.00 from William S. Fralin for conspiracy, terrorism, punitive damages and compensatory damages.

I demand relief in the amount of 400,000,000.00 from Sheryl K. Ellison and the District of Columbia Government and its agencies for conspiracy, terrorism, punitive damages and compensatory damages

I demand relief in the amount of from Sheryl L. Ellison and the United States Government and its agencies for conspiracy, terrorism, punitive damages and compensatory damages.

*Ellen L. Delaine*
Ellen L. Delaine
5608 - 14th St N.W.
Washington, D.C. 20011
202-829-1745