UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLEN L. DELAINE, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-1751 (EGS) |
| | ) Document Nos. 6, 12 |
| UNITED STATES POSTAL SERVICE, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Federal Defendants' motion to dismiss [Dkt. No. 6] is GRANTED; it is

FURTHER ORDERED that the District of Columbia and Sheryl Ellison's motion to dismiss [Dkt. No. 12] is GRANTED; it is

FURTHER ORDERED, *sua sponte*, that the claims against defendants William S. Fralin, Thomas H. Delaine and Franklin P. Delaine are DISMISSED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: September 19, 2006