# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Ellen L. Delaine_
Plaintiff

vs.    Civil Action No. _05-1751 EGS_

_United States Postal Service, et al._
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _16th_ day of _October_, 20_06_, that _Plaintiff, Ellen L. Delaine_ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _19th_ day of _September_, 20_06_ in favor of _Defendants_ against said _Plaintiff_.

RECEIVED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Ellen L. Delaine_
Attorney or (Pro Se Litigant)

Ellen L. Delaine
5608-14th Street NW
Washington, D.C. 20011    (202)-829-1745

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Karen L. Melnik
Assistant United States Attorney
U.S. Attorneys Office for D.C.
Civil Division
555-4th Street N.W., #4112
Washington, D.C. 20530

Dana K. Delorenzo
Assistant Attorney General
441-4th Street NW, 6561
Washington, D.C. 20001

Thomas H. Delaine
P.O. Box 1074
Randallstown, MD. 21132

William S. Fralin
4525 Klingle Street NW
Washington, DC 20016

Franklin P. Delaine
4519 South Dakota Avenue NE
Washington, DC 20017