# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5321**                     **September Term, 2006**

05cv01751

Ellen L. Delaine,
  Appellant

v.

United States Postal Service, et al.,
  Appellees



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/25/07
BY:
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

FILED
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAR 2 6 2007
CLERK

**BEFORE:**   Brown, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motions for summary affirmance and the oppositions thereto; and the court's order to show cause filed January 29, 2007, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motions for summary affirmance filed by the federal and District of Columbia appellees be granted and that, on the court's own motion, the district court's order filed September 19, 2006 be summarily affirmed as to appellees William Fralin, Thomas DeLaine, and Franklin DeLaine as well. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

The district court did not err in dismissing appellant's slander claim based on sovereign immunity because the Federal Tort Claims Act specifically prohibits claims for slander. See 28 U.S.C. § 2680(h). The district court correctly dismissed appellant's conspiracy claim as being the type of "bizarre conspiracy theor[y]" that is "patently insubstantial, presenting no federal question suitable for decision." Best v. Kelly, 39 F.3d 328, 330 (D.C. Cir. 1991) (internal quotations omitted). The district court also properly dismissed appellant's intentional infliction of emotional distress claim because the alleged conduct was not "extreme and outrageous" enough to support the claim. See Browning v. Clinton, 292 F.3d 235, 248 (D.C. Cir. 2002).

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5321**                                        **September Term, 2006**

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

BK